IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C.K.B., (a minor) by and through her next friends, R.T.B. (father) and C.L.B. (mother)<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DIXIE SCHOOL DISTRICT, et al,<br><br>　　　　　Defendants.<br>_____/ | No. C 12-02556 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 25, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　1.　ALTERNATIVE DISPUTE RESOLUTION.

　　SETTLEMENT CONFERENCE. This matter is referred to Magistrate Judge Ryu for the purpose of completing a settlement conference. The parties shall promptly notify the Court whether the case is resolved at the conference.

　　2.　DISCOVERY.

　　On or before July 12, 2013, all initial disclosures shall be made. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. EXPERT DISCOVERY. On or before August 14, 2013 parties shall disclose expert witnesses. Expert discovery shall be completed by September 17, 2013.

3. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **July 18, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard on **October 31, 2013**.

5. PRETRIAL CONFERENCE. The final pretrial conference will be held on **December 5, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE. Jury trial shall commence on **December 16, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 10/25/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2