ARNOLD & PORTER LLP
TRENTON H. NORRIS (SBN 164781)
ZACHARY B. ALLEN (SBN 260694)
JONATHAN L. KOENIG (SBN 281737)
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Plaintiff
C.K.B., by and through her next friends R.T.B. and C.L.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.K.B. (a minor) by and through her next friends R.T.B. (father) and C.L.B. (mother), <br><br> Plaintiff, <br><br> v. <br><br> DIXIE SCHOOL DISTRICT, <br><br> and <br><br> THOMAS J. LOHWASSER, in his individual and official capacity as superintendent of the Dixie School District, <br><br> and <br><br> PATRICIA F. ELLIOT, in her individual and official capacity as principal of Dixie Elementary School and Miller Creek Middle School, <br><br> and, <br><br> GREG JOHNSON, in his individual and official capacity as former principal of Miller Creek Middle School. <br><br> Defendants. | No. 12cv2556 RS (DMR) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

The parties to this action, through their respective attorneys of record herein, enter into this Stipulation subject to the Court's approval, with reference to the following circumstances:

1. Pursuant to the Notice of Settlement Conference and Settlement Conference Order ("Notice of Settlement Conference") (Dkt. 24) entered by the Court on November 12, 2012, a settlement conference is currently scheduled for February 5, 2013, at 11:00 a.m.

2. The Notice of Settlement Conference mandates that lead trial counsel shall appear at the settlement conference.

3. Lead trial counsel for Plaintiff is scheduled to appear at a hearing in another case on February 5, 2013 in Los Angeles Superior Court, and therefore is not able to attend the currently scheduled settlement conference in this case. Declaration of T. Norris in Support of Stipulation, at ¶ 2.

4. The parties seek a continuance of the settlement conference until February 26, 2013, at 11:00 a.m.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, pursuant to Local Rule 6-2, that:

1. The settlement conference be continued until February 26, 2013, at 11:00 a.m.

**IT IS SO STIPULATED.**

Dated: January 7, 2013.  ARNOLD & PORTER LLP

By: /s/ *Trenton H. Norris*
Trenton H. Norris
Attorneys for Plaintiff

Dated: January 7, 2013.  STUBBS & LEONE

By: /s/ *Claudia Leed*
Claudia Leed
Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER  CASE NO. 12cv2556 RS

1

1  Pursuant to General Order No. 45, § X-B, the filer attests that the concurrence in the filing
2  of this document has been obtained from the above signatories.
3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/7/13

GRANTED
Judge Donna M. Ryu

Hon. Donna M. Ryu