1   ARNOLD & PORTER LLP
    TRENTON H. NORRIS (SBN 164781)
2   ZACHARY B. ALLEN (SBN 260694)
    JONATHAN L. KOENIG (SBN 281737)
3   Three Embarcadero Center, 7th Floor
    San Francisco, California  94111
4   Telephone:     415.471.3100
    Facsimile:     415.471.3400
5
    Attorneys for Plaintiff
6   C.K.B., by and through her next friends R.T.B. and
    C.L.B.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  C.K.B. (a minor)                          No. 12cv2556 RS (DMR)
    by and through her next friends R.T.B. (father)
13  and C.L.B. (mother),                      **STIPULATION AND [PROPOSED]
                                              ORDER RE PLAINTIFF'S PROPOSED
14                                            THIRD AMENDED COMPLAINT AND
                                              BRIEFING SCHEDULE RE
15           Plaintiff,                       DEFENDANTS' MOTION TO DISMISS**

16     v.

17  DIXIE SCHOOL DISTRICT,

18  and

19  THOMAS J. LOHWASSER,
    in his individual and official capacity as
20  superintendent of the Dixie School District,

21  and

22  PATRICIA F. ELLIOT,
    in her individual and official capacity as principal
23  of Dixie Elementary School and Miller Creek
    Middle School,
24
    and,
25
    GREG JOHNSON,
26  in his individual and official capacity as former
    principal of Miller Creek Middle School.
27
             Defendants.
28

---

The parties to this action, through their respective attorneys of record herein, enter into this Stipulation subject to the Court's approval, with reference to the following circumstances:

1.     On January 24, 2013, Defendants filed a motion to dismiss Plaintiff's Second Amended Complaint ("Motion") [Dkt. No. 32].  Plaintiff's Opposition is currently due Thursday, February 7, 2013.  Defendants' Reply is currently due Thursday, February 14, 2013.  The hearing on the Motion is currently scheduled for Thursday, February 28, 2013 at 1:30 p.m.

2.     Although Plaintiff believes the Second Amended Complaint adequately states a claim upon which relief can be granted, Plaintiff also believes it would be more expedient to amend the complaint to add the detail that Defendants contend is lacking.

3.     Defendants are willing to consider withdrawing their Motion on the condition that they are first given an opportunity to review Plaintiff's Third Amended Complaint before it is filed.

4.     The parties are willing to extend the briefing schedule and postpone the hearing on Defendants' Motion by two weeks to allow Plaintiff the opportunity to prepare, and Defendants to consider, Plaintiff's proposed Third Amended Complaint.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, pursuant to Local Rules 6-1(a), 6-2, and 7-12, that:

1.     On or before Thursday, February 7, 2013, Plaintiff shall provide Defendants a copy of her proposed Third Amended Complaint.

2.     On or before Monday, February 11, 2013, Defendants shall inform Plaintiff whether they will either (a) stipulate that Plaintiff may file the Third Amended Complaint, or (b) keep their Motion to Dismiss on file.

3.     If Defendants stipulate that Plaintiff may file the Third Amended Complaint, Plaintiff shall file it on Monday, February 11, 2013, and Defendants shall withdraw their Motion.

4.     If Defendants do not so stipulate, and instead choose to keep their Motion on file, then the briefing schedule shall be extended by two weeks as follows: Plaintiff's opposition due on Thursday, February 21, 2013; Defendants' reply due Thursday, February 28; Hearing on Thursday, March 14, 2013 at 1:30 p.m.

1        5.      The foregoing shall be without prejudice to Plaintiff's right to seek leave of the

2    Court to file the Third Amended Complaint in the event Defendants do not stipulate to its filing on

3    Monday, February 11, 2013, and it shall also be without prejudice to Defendants' right to oppose

4    such a request, if any.

5    **IT IS SO STIPULATED.**

6     Dated:  February 1, 2013                 ARNOLD & PORTER LLP

7

8                                           By: _/s/ *Trenton H. Norris*_____

9                                              Trenton H. Norris
                                          Attorneys for Plaintiff

10

11   Dated:  February 1, 2013                 STUBBS & LEONE

12

13                                          By: _/s/ *Claudia Leed*_____

14                                             Claudia Leed
                                          Attorneys for Defendants

15

16         Pursuant to General Order No. 45, § X-B, the filer attests that the concurrence in the filing

17   of this document has been obtained from the above signatories.

18         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20

21   Dated:  February _1_, 2013                  _____
                                   Hon. Richard G. Seeborg

22

23        WEST:33316499

24

25

26

27

28