| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
|   | TRENTON H. NORRIS (SBN 164781) |
| 2 | ZACHARY B. ALLEN (SBN 260694) |
|   | JONATHAN L. KOENIG (SBN 281737) |
| 3 | Three Embarcadero Center, 7th Floor |
|   | San Francisco, California  94111 |
| 4 | Telephone:    415.471.3100 |
|   | Facsimile:    415.471.3400 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | C.K.B., by and through her next friends R.T.B. and |
|   | C.L.B. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | C.K.B. (a minor) | No. 12cv2556 RS (DMR) |
|    | by and through her next friends R.T.B. (father) | |
| 13 | and C.L.B. (mother), | **STIPULATION AND [PROPOSED]** |
|    |                      | **ORDER RE PLAINTIFF'S PROPOSED** |
| 14 |                      | **THIRD AMENDED COMPLAINT AND** |
|    | Plaintiff,           | **BRIEFING SCHEDULE RE** |
| 15 |                      | **DEFENDANTS' MOTION TO DISMISS** |
|    | v. | |
| 16 | | |
|    | DIXIE SCHOOL DISTRICT, | |
| 17 | | |
|    | and | |
| 18 | | |
|    | THOMAS J. LOHWASSER, | |
| 19 | in his individual and official capacity as | |
|    | superintendent of the Dixie School District, | |
| 20 | | |
|    | and | |
| 21 | | |
|    | PATRICIA F. ELLIOT, | |
| 22 | in her individual and official capacity as principal | |
|    | of Dixie Elementary School and Miller Creek | |
| 23 | Middle School, | |
| 24 | and, | |
| 25 | GREG JOHNSON, | |
|    | in his individual and official capacity as former | |
| 26 | principal of Miller Creek Middle School. | |
| 27 | Defendants. | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE COMPL. AND BRIEFING SCHED.          CASE NO. 12cv2556 RS

1      The parties to this action, through their respective attorneys of record herein, enter into this Stipulation subject to the Court's approval, with reference to the following circumstances:

      1.    On January 24, 2013, Defendants filed a motion to dismiss Plaintiff's Second Amended Complaint ("Motion") [Dkt. No. 32]. Plaintiff's Opposition is currently due Thursday, February 7, 2013. Defendants' Reply is currently due Thursday, February 14, 2013. The hearing on the Motion is currently scheduled for Thursday, February 28, 2013 at 1:30 p.m.

      2.    Although Plaintiff believes the Second Amended Complaint adequately states a claim upon which relief can be granted, Plaintiff also believes it would be more expedient to amend the complaint to add the detail that Defendants contend is lacking.

      3.    Defendants are willing to consider withdrawing their Motion on the condition that they are first given an opportunity to review Plaintiff's Third Amended Complaint before it is filed.

      4.    The parties are willing to extend the briefing schedule and postpone the hearing on Defendants' Motion by two weeks to allow Plaintiff the opportunity to prepare, and Defendants to consider, Plaintiff's proposed Third Amended Complaint.

      Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, pursuant to Local Rules 6-1(a), 6-2, and 7-12, that:

      1.    On or before Thursday, February 7, 2013, Plaintiff shall provide Defendants a copy of her proposed Third Amended Complaint.

      2.    On or before Monday, February 11, 2013, Defendants shall inform Plaintiff whether they will either (a) stipulate that Plaintiff may file the Third Amended Complaint, or (b) keep their Motion to Dismiss on file.

      3.    If Defendants stipulate that Plaintiff may file the Third Amended Complaint, Plaintiff shall file it on Monday, February 11, 2013, and Defendants shall withdraw their Motion.

      4.    If Defendants do not so stipulate, and instead choose to keep their Motion on file, then the briefing schedule shall be extended by two weeks as follows: Plaintiff's opposition due on Thursday, February 21, 2013; Defendants' reply due Thursday, February 28; Hearing on Thursday, March 14, 2013 at 1:30 p.m.

STIPULATION AND [~~PROPOSED~~] ORDER RE COMPL. AND BRIEFING SCHED.    CASE NO. 12cv2556 RS

5. The foregoing shall be without prejudice to Plaintiff's right to seek leave of the Court to file the Third Amended Complaint in the event Defendants do not stipulate to its filing on Monday, February 11, 2013, and it shall also be without prejudice to Defendants' right to oppose such a request, if any.

**IT IS SO STIPULATED.**

Dated:  February 1, 2013                                       ARNOLD & PORTER LLP


                                                               By: /s/ *Trenton H. Norris*
                                                                      Trenton H. Norris
                                                                      Attorneys for Plaintiff


Dated:  February 1, 2013                                       STUBBS & LEONE


                                                               By: /s/ *Claudia Leed*
                                                                      Claudia Leed
                                                                      Attorneys for Defendants


Pursuant to General Order No. 45, § X-B, the filer attests that the concurrence in the filing of this document has been obtained from the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 1, 2013                                        _____
                                                                      Hon. Richard G. Seeborg


WEST:33316499

STIPULATION AND [~~PROPOSED~~] ORDER RE COMPL. AND BRIEFING SCHED.        CASE NO. 12cv2556 RS

2