ARNOLD & PORTER LLP
TRENTON H. NORRIS (SBN 164781)
ZACHARY B. ALLEN (SBN 260694)
JONATHAN L. KOENIG (SBN 281737)
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Plaintiff
C.K.B., by and through her next friends R.T.B. and C.L.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.K.B. (a minor) by and through her next friends R.T.B. (father) and C.L.B. (mother),<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIXIE SCHOOL DISTRICT,<br><br>and<br><br>THOMAS J. LOHWASSER, in his individual and official capacity as superintendent of the Dixie School District,<br><br>and<br><br>PATRICIA F. ELLIOT, in her individual and official capacity as principal of Dixie Elementary School and Miller Creek Middle School,<br><br>and,<br><br>GREG JOHNSON, in his individual and official capacity as former principal of Miller Creek Middle School.<br><br>　　　　　Defendants. | No. 12cv2556 RS (DMR)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE PROPOSED THIRD AMENDED COMPLAINT AND VACATING HEARING RE PENDING MOTION TO DISMISS** |

The parties to this action, through their respective attorneys of record herein, enter into this Stipulation subject to the Court's approval, with reference to the following circumstances:

1. On January 24, 2013, Defendants filed a motion to dismiss Plaintiff's Second Amended Complaint ("Motion") [Dkt. No. 32].

2. On February 1, 2013, the parties stipulated, and the Court ordered, that Plaintiff would provide Defendants a proposed Third Amended Complaint ("TAC") by February 7, 2013, and that Defendants would inform Plaintiff on February 11, 2013 whether Defendants would stipulate to Plaintiff's filing of her proposed TAC, and whether Defendants would withdraw their pending motion to dismiss the Second Amended Complaint ("SAC"). [Dkt. No. 34.]

3. On February 11, 2013, the parties' counsel met and conferred regarding Plaintiff's proposed TAC, but determined they needed additional time to confer with their respective clients.

4. On Thursday, February 14, 2013, Defendants agreed to stipulate to Plaintiff's filing of her proposed TAC on the condition that Defendants would not have to respond to the TAC until thirty days following the date the Court approves this stipulation.

5. A copy of Plaintiff's proposed TAC is attached hereto as Exhibit A.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, pursuant to Local Rules 6-1(a), 6-2, and 7-12, that:

1. Within 10 days following the Court's entry of an order approving this stipulation, Plaintiff shall file her proposed TAC.

2. Defendants shall file their response to the TAC no later than thirty days following the date on which Plaintiff files her proposed TAC.

3. The March 14, 2013 hearing on Defendants' motion to dismiss the SAC, and all related filing deadlines, shall be vacated.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER RE THIRD AMENDED COMPLAINT          CASE NO. 12cv2556 RS

| | | |
|---|---|---|
| 1 | Dated: February 15, 2013 | ARNOLD & PORTER LLP |
| 2 | | |
| 3 | | By: /s/ Trenton H. Norris |
| 4 | | Trenton H. Norris<br>Attorneys for Plaintiff |

Dated: February 15, 2013                                STUBBS & LEONE

By: /s/ Claudia Leed
Claudia Leed
Attorneys for Defendants

Pursuant to General Order No. 45, § X-B, the filer attests that the concurrence in the filing of this document has been obtained from the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 15, 2013                                _____
Hon. Richard G. Seeborg
United States District Judge