LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:      (925) 974-8601
E-mail: leonel@stubbsleone.com
        leedc@stubbsleone.com

Attorneys for Defendants DIXIE SCHOOL DISTRICT,
THOMAS LOHWASSER, PATRICIA F. ELLIOT
and GREG JOHNSON

TRENTON H. NORRIS (SBN: 164781)
ZACHARY B. ALLEN (SBN: 260694)
JONATHAN L. KOENIG (SBN: 281737)
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone:     (415) 471-3100
Facsimile:      (415) 471-3400
E-mail: Trent.Norris@aporter.com
        Zachary.Allen@aporter.com
        Jonathan.Koenig@aporter.com

Attorneys for Plaintiff C.K.B., BY AND THROUGH
HER NEXT FRIENDS, R.T.B. AND C.L.B.

UNITED SATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.K.B., (a minor) by and through her next friends, R.T.B. (father) and C.L.B. (mother)<br><br>    Plaintiff,<br><br>    vs.<br><br><br>DIXIE SCHOOL DISTRICT, et al.<br><br>    Defendants. | **Case No.:   C V 12-2556 RS**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS THE INDIVIDUAL DEFENDANTS WITH PREJUDICE** |

1  The parties to the above captioned litigation hereby stipulate by and through their
2  undersigned counsel of record as follows:
3  WHEREAS, this case settled on February 26, 2013, and the parties' settlement agreement
4  was placed on the record in proceedings before Magistrate Judge Donna M. Ryu.
5  WHEREAS, Plaintiff, by and through her next friends, R.T.B and C.L.B., agreed to dismiss
6  all claims asserted against the individually named Defendants in this action upon confirmation that
7  the governing board of the Dixie School District had approved the settlement.
8  WHEREAS, such approval has been provided.
9  IT IS STIPULATED by and between the parties to the above captioned litigation, by and
10 through their undersigned counsel of record, that all claims asserted in this action against
11 Defendants THOMAS J. LOHWASSER, PATRICIA F. ELLIOT, AND GREG JOHNSON be
12 dismissed with prejudice from this action, and that each party shall bear their own fees and costs.
13 IT IS SO STIPULATED.

Dated: March 26, 2013          **STUBBS & LEONE**

By: */s/ Claudia Leed*
CLAUDIA LEED, ESQ.
Attorneys for DEFENDANTS DIXIE SCHOOL
DISTRICT, THOMAS LOHWASSER, PATRICIA
F. ELLIOT and GREG JOHNSON


Dated: March 26, 2013          **ARNOLD & PORTER LLP**

By: */s/ Trenton H. Norris*
TRENTON H. NORRIS, ESQ.
Attorneys for PLAINTIFF C.K.B.
BY AND THROUGH HER NEXT FRIENDS,
R.T.B AND C.L.B.

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation of the Parties, the individual defendants THOMAS J. LOHWASSER, PATRICIA F. ELLIOT and GREG JOHNSON are hereby dismissed with prejudice from this action. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: 3/29/13                    _____
                                  RICHARD SEEBORG,
                                  DISTRICT JUDGE