LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-mail  leonel@stubbsleone.com
　　　　leedc@stubbsleone.com

Attorneys for Defendants DIXIE SCHOOL DISTRICT,
THOMAS J. LOHWASSER, PATRICIA F. ELLIOT
and GREG JOHNSON

TRENTON H. NORRIS (SBN: 164781)
ZACHARY B. ALLEN (SBN: 260694)
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone:　(415) 471-3100
Facsimile:　(415) 471-3400
E-mail:Trent.Norris@aporter.com
　　　　Zachary.Allen@aporter.com

Attorneys for Plaintiff C.K.B., BY AND THROUGH
HER NEXT FRIENDS, R.T.B. AND C.L.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.K.B., (a minor) by and through her next friends, R.T.B. (father) and C.L.B. (mother)<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DIXIE SCHOOL DISTRICT, et al.<br><br>　　　　　Defendants. | **Case No. CV 12-2556 RS**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

33473552v2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to the above-captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS, this case settled on February 26, 2013, and the parties' settlement agreement was placed on the record in proceedings before Magistrate Judge Donna M. Ryu.

WHEREAS, the individual defendants were dismissed on March 29, 2013.

WHEREAS, the parties have executed a settlement agreement and release of all claims fully documenting the terms of their settlement.

WHEREAS, the Court approved Plaintiff's petition for a minor's compromise, pursuant to the settlement agreement and release of all claims.

WHEREAS, Plaintiff, by and through her next friends, R.T.B and C.L.B., agreed to stipulate to dismissal of all remaining claims in this action with prejudice within four business days after receipt of the settlement payment from Defendant DIXIE SCHOOL DISTRICT pursuant to the settlement agreement.

WHEREAS, such settlement payment has been received by Plaintiff, by and through her next friends, R.T.B. and C.L.B.

IT IS STIPULATED by and between the parties to the above captioned litigation, by and through their undersigned counsel of record, that this action be dismissed with prejudice, and that each party shall bear their own fees and costs.

IT IS SO STIPULATED.

Dated: June 25, 2013        **STUBBS & LEONE**

By: _____/S/_____
CLAUDIA LEED, ESQ.
Attorneys for Defendants DIXIE SCHOOL DISTRICT, THOMAS J. LOHWASSER, PATRICIA F. ELLIOT and GREG JOHNSON

Dated: June 25, 2013        **ARNOLD & PORTER LLP**

By: _____/S/_____
TRENTON H. NORRIS, ESQ.
Attorneys for Plaintiff C.K.B., BY AND THROUGH HER NEXT FRIENDS, R.T.B AND C.L.B.

- 1 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, the above captioned action is dismissed with prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: 6/26/13

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT