LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-mail  leonel@stubbsleone.com
        leedc@stubbsleone.com

Attorneys for Defendants DIXIE SCHOOL DISTRICT,
THOMAS J. LOHWASSER, PATRICIA F. ELLIOT
and GREG JOHNSON

TRENTON H. NORRIS (SBN: 164781)
ZACHARY B. ALLEN (SBN: 260694)
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400
E-mail:Trent.Norris@aporter.com
        Zachary.Allen@aporter.com

Attorneys for Plaintiff C.K.B., BY AND THROUGH
HER NEXT FRIENDS, R.T.B. AND C.L.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.K.B., (a minor) by and through her next friends, R.T.B. (father) and C.L.B. (mother)<br><br>Plaintiff,<br><br>vs.<br><br>DIXIE SCHOOL DISTRICT, et al.<br><br>Defendants. | **Case No. CV 12-2556 RS**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |

33473552v2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | The parties to the above-captioned litigation hereby stipulate by and through their |
| 2 | undersigned counsel of record as follows: |
| 3 | WHEREAS, this case settled on February 26, 2013, and the parties' settlement agreement |
| 4 | was placed on the record in proceedings before Magistrate Judge Donna M. Ryu. |
| 5 | WHEREAS, the individual defendants were dismissed on March 29, 2013. |
| 6 | WHEREAS, the parties have executed a settlement agreement and release of all claims fully |
| 7 | documenting the terms of their settlement. |
| 8 | WHEREAS, the Court approved Plaintiff's petition for a minor's compromise, pursuant to |
| 9 | the settlement agreement and release of all claims. |
| 10 | WHEREAS, Plaintiff, by and through her next friends, R.T.B and C.L.B., agreed to stipulate |
| 11 | to dismissal of all remaining claims in this action with prejudice within four business days after |
| 12 | receipt of the settlement payment from Defendant DIXIE SCHOOL DISTRICT pursuant to the |
| 13 | settlement agreement. |
| 14 | WHEREAS, such settlement payment has been received by Plaintiff, by and through her |
| 15 | next friends, R.T.B. and C.L.B. |
| 16 | IT IS STIPULATED by and between the parties to the above captioned litigation, by and |
| 17 | through their undersigned counsel of record, that this action be dismissed with prejudice, and that |
| 18 | each party shall bear their own fees and costs. |
| 19 | IT IS SO STIPULATED. |

Dated: June 25, 2013                          **STUBBS & LEONE**

By:_____/S/_____
CLAUDIA LEED, ESQ.
Attorneys for Defendants DIXIE SCHOOL
DISTRICT, THOMAS J. LOHWASSER,
PATRICIA F. ELLIOT and GREG JOHNSON

Dated: June 25, 2013                          **ARNOLD & PORTER LLP**

By:_____/S/_____
TRENTON H. NORRIS, ESQ.
Attorneys for Plaintiff C.K.B., BY AND
THROUGH HER NEXT FRIENDS, R.T.B AND
C.L.B.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation of the Parties, the above captioned action is dismissed with prejudice.  Each party shall bear their own fees and costs.

IT IS SO ORDERED.

Dated:  6/26/13

_____

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT

- 2 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE